# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-1059**                                   **September Term, 2025**

**DOE-202-25-14A**
**DOE-202-25-14**

**Filed On: April 30, 2026** [2171349]

State of Colorado,

        Petitioner

        v.

United States Department of Energy and
Chris Wright, Administrator, United States
Department of Energy,

        Respondents

-----------------------------

Consolidated with 26-1060

## O R D E R

        Upon consideration of respondents' motion to extend the certified index deadline, it is

        **ORDERED** that the motion be granted. The certified index to the record is now due July 6, 2026.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                        BY:        /s/
                                Catherine J. Lavender
                                Deputy Clerk