# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-1059**                    **September Term, 2025**

**DOE-202-25-14A**
**DOE-202-25-14**

**Filed On: May 4, 2026** [2171573]

State of Colorado,

      Petitioner

      v.

United States Department of Energy and
Chris Wright, Administrator, United States
Department of Energy,

      Respondents

------------------------------

Consolidated with 26-1060, 26-1101

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s)in case No(s). 26-1101 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | June 3, 2026 |
| Statement of Issues to be Raised | June 3, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
      Laura M. Morgan
      Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form